United States District Court
Southern District of Texas
**ENTERED**
October 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS EDWIN OLSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-01553 |
| § | |
| UNITED STATES VETERANS § | |
| INITIATIVE, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is the Complaint filed by *pro se* Plaintiff Thomas Edwin Olson ("Plaintiff") on April 24, 2024. Doc. #1. On July 26, 2024, the Court held an initial conference, where Plaintiff was notified that he had not properly served Defendants. On August 23, 2024, the Court held a status conference from which all parties were absent. On September 20, 2024, the Court held a second status conference from which all parties were absent. Thus, on September 20, 2024, the Court entered an Order warning Plaintiff that this case would be dismissed if he did not file a response to the failure to appear within 30 days. Doc. #17. Plaintiff did not respond.

Under Rule 41(b), a court may dismiss an action without a motion from either party if a plaintiff fails to prosecute. FED. R. CIV. P. 41(b); *United States v. Amieva-Rodriguez*, 905 F.3d 288, 289 (5th Cir. 2018). Thus, this case is DISMISSED without prejudice for want of prosecution.

It is so ORDERED.

OCT 29 2024
Date

The Honorable Alfred H. Bennett
United States District Judge